1   GLENN B. McCORMICK
    Acting United States Attorney
2   District of Arizona

3   ERICA L. SEGER
    Assistant U.S. Attorney
4   Arizona State Bar No. 022681
    United States Courthouse
5   405 W. Congress Street, Suite 4800
    Tucson, Arizona 85701
6   Telephone: 520-620-7300
    Email: erica.seger@usdoj.gov
7   Attorneys for Plaintiff

FILED

2021 APR 28 PM 6: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

8               IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ARIZONA

10  United States of America,                    **CR21-00880 TUC-JAS(LCK)**

11                  Plaintiff,

12                                               **I N D I C T M E N T**

13          vs.                          VIO:  18 U.S.C. § 371
                                               (Conspiracy)
14                                             Count 1

15  1. Luis Eduardo Terminel Jr.,              18 U.S.C. § 554
       (Counts 1 - 15)                         (Smuggling Goods from the United
16                                             States)
    2. Michael Adrian Rodriguez,               Count 2
17     (Counts 1, 2, 3, 6, 7, 11, 12, 14)
                                               18 U.S.C. §§ 922(a)(6), 924(a)(2) &
18  3. Francisco Javier Bautista,              2
       (Counts 1, 2, 4, 5, 8, 9, 10, 13, 15)   (False Statements in Connection
19                                             with Acquisition of Firearm and
    4. ███████████████                         Aiding and Abetting)
20                                             Counts 3-15
                    Defendants.
21                                             **UNDER SEAL**

22

23  **THE GRAND JURY CHARGES:**

24                            **COUNT 1**

25                          **CONSPIRACY**

26          From a time unknown to on or about June 27, 2020, in the District of Arizona and

27  elsewhere, Defendants LUIS EDUARDO TERMINEL JR., MICHAEL ADRIAN

28  RODRIGUEZ, FRANCISCO JAVIER BAUTISTA and ████████████████

did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, object and article contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms and other objects from the United States into the Republic of Mexico.  The firearms and other objects smuggled or intended to be smuggled in the course of this conspiracy include:

- One (1) M+M LLC, model M10 7.62 x 39 caliber rifle, serial number MA-28815-19RO
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7013625
- Two (2) Century Arms International, model RH10, 7.62 x 39 caliber rifles, serial numbers MA-28515-19 and MA-28639-19
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7014329
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7013264
- Two (2) Pioneer Arms Corporation, model Sporter, 7.62 x 39 caliber rifles, serial numbers PAC1126559 and PAC1126825
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7004938

• Two (2) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistols, serial numbers PAC1130256 and PAC1130275

• One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7017644

• One (1) Pioneer Arms Corporation, model AK-47 Polish, 7.62 x 39 caliber rifle, serial number PAC1132131

• One (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number A1-73948-20

• One (1) Zastava, model Z-PAP M70, 7.62 x. 39 caliber rifle, serial number Z70-065217

• One (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number A1-74221-20

• One (1) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistol, serial number PAC1134369

• One (1) Pioneer Arms Corporation, model Sporter AK47, 7.62 x 39 caliber rifle, serial number PAC1133676

• One (1) Romarm/Cugir DRACO, model HG1916-N, 7.62 x 39 caliber pistol, serial number DR-0065-10

• One (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A59697

• One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7002905

• One (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A54958

• One (1) DC Industries, model NDS-3, 7.62 x 39 caliber rifle, serial number 3007676

• One (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A10685

• Three (3) 7.62 x 39 caliber magazines

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain Defendants and/or co-conspirators would purchase firearms and other objects in the District of Arizona and elsewhere.

It was a further part of the conspiracy that Defendants and/or co-conspirators who purchased the firearms and other objects made the purchases on behalf of other co-conspirators.

It was a further part of the conspiracy that Defendants and/or co-conspirators would provide the funds and directions to the purchasing Defendants and/or co-conspirators to purchase firearms and other objects involved in the conspiracy.

It was a further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds, instructions, and means of transportation and concealment to facilitate the purchase of these firearms and other objects.

It was a further part of the conspiracy that Defendants and/or their co-conspirators would transport these firearms and other objects within the District of Arizona with the knowledge that the firearms and other objects were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the firearms and other objects from the United States into the Republic of Mexico.

It was a further part of the conspiracy that Defendants and/or their co-conspirators did not have any valid license or other authority to export the firearms and other objects from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of Defendants and/or their co-conspirators committed, or caused to be committed, the overt acts described below:

On November 19, 2019, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On November 20, 2019, MICHAEL ADRIAN RODRIGUEZ purchased one (1) M+M LLC, model M10, 7.62 x 39 caliber rifle, serial number MA-28815-19RO and one (1) Century Arms International. model VSKA, 7.62 x 39 caliber rifle, serial number SV7013625 from Ammo A-Z/Zeus Arms with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On November 21, 2019, LUIS EDUARDO TERMINEL JR. and MICHAEL ADRIAN RODRIGUEZ entered the United States from Mexico via the Nogales port-of entry in LUIS EDUARDO TERMINEL JR.'s Ford F-150 truck.

On December 27, 2019, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On December 30, 2019, FRANCISCO JAVIER BAUTISTA purchased two (2) Century Arms International, model RH 10, 7.62 x 39 caliber rifles, serial numbers MA-28515-19 and MA-28639-19 for $1,391.25 from The Hub with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On December 30, 2019, FRANCISCO JAVIER BAUTISTA purchased one (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7014329 from Second Amendment Sports with transportation, funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On January 5, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry on two occasions.

On January 7, 2020, MICHAEL ADRIAN RODRIGUEZ purchased one (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7013264 for $625.02 from Second Amendment Sports with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On January 7, 2020, MICHAEL ADRIAN RODRIGUEZ purchased two (2) Pioneer Arms Corp. model Sporter, 7.62 x 39 caliber rifles, serial numbers PAC1126559 and PAC1126825 for $1,122.54 from SnG Tactical with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On January 8, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On February 4, 2020, FRANCISCO JAVIER BAUTISTA purchased one (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7004938 for $602.73 from Ammo A-Z/Zeus Arms with transportation, funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On February 4, 2020, FRANCISCO JAVIER BAUTISTA purchased two (2) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistols, serial numbers PAC1130256 and PAC1130275 for $1,083.82 from MLS Arms with transportation, funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On February 4, 2020, FRANCISCO JAVIER BAUTISTA purchased one (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7017644 for $645.08 from Tombstone Tactical, LLC. with transportation, funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On February 6, 2020, the Ford F-150 registered to LUIS EDUARDO TERMINEL, JR. traveled from the United States to Mexico via the Nogales port-of-entry.

On February 7, 2020, LUIS EDUARDO TERMINEL JR. and FRANCISO JAVIER BAUTISTA entered the United States from Mexico via the Nogales port-of-entry in LUIS EDUARDO TERMINEL JR.'s Ford F-150 truck.

On March 24, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On March 28, 2020, MICHAEL ADRIAN RODRIGUEZ purchased one (1) Pioneer Arms Corporation, model AK-47 Polish, 7.62 x 39 caliber rifle, serial number PAC1132131, one (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number A1-73948-20 and one (1) Zastava, model Z-PAP M70, 7.62 x. 39 caliber rifle, serial number Z70-065217 from Ammo A-Z/Zeus Arms with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On March 28, 2020, MICHAEL ADRIAN RODRIGUEZ purchased one (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number A1-74221-20 for $733.04 from Merchant Firearms, LLC with transportation, funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico.

On March 31, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On May 5, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On May 6, 2020, FRANCISCO JAVIER BAUTISTA purchased one (1) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistol, serial number PAC1134369 and one (1) Pioneer Arms Corporation, model Sporter AK47, 7.62 x 39 caliber rifle, serial number PAC1133676 for $1,423.86 from The Hub with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On May 8, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On June 16, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On June 17, 2020, MICHAEL ADRIAN RODRIGUEZ purchased one (1) Romarm/Cugir DRACO, model HG1916-N, 7.62 x 39 caliber pistol, serial number DR-0065-10 for $850.00 through a private sale with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico.

On June 18, 2020, MICHAEL ADRIAN RODRIGUEZ purchased one (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A59697 for $811.67 from SnG Tactical with transportation, funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico.

On June 19, 2020, FRANCISCO JAVIER BAUTISTA purchased one (1) Century Arms International model VSKA, 7.62 x 39 caliber rifle, serial number SV7002905 and one (1) Century Arms International C39V2 7.62 x 39 caliber rifle, serial number C39V2A54958 for $1,478.32 from Second Amendment Sports with funds and directions provided to him by LUIS EDUARDO TERMINEL JR. and other co-conspirators, for the purpose of smuggling the firearms from the United States to Mexico.

On June 23, 2020, LUIS EDUARDO TERMINEL JR. purchased one (1) DC Industries, model NDS-3, 7.62 x 39 caliber rifle, serial number 3007676 for $950.00 through a private sale for the purpose of smuggling the firearms from the United States to Mexico.

On June 24, 2020, LUIS EDUARDO TERMINEL JR. entered the United States from Mexico via the Nogales port-of entry.

On June 27, 2020, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ sent an Armslist.com advertisement for a Century Arms International 7.62 x 39 caliber rifle from a WhatsApp account to LUIS EDUARDO TERMINEL JR.

On June 27, 2020, LUIS EDUARDO TERMINEL JR. purchased one (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A10685

for $1,000.00 through a private sale for the purpose of smuggling the firearms from the United States to Mexico.

On June 27, 2020, LUIS EDUARDO TERMINEL JR. was stopped by a trooper with the Arizona Department of Public Safety travelling southbound on I-19. A bag containing the DC Industries, model NDS-3, 7.62 x 39 caliber rifle, serial number 3007676, the Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A10685 and three 7.62 x 39 caliber magazines were seized.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

## SMUGGLING GOODS FROM THE UNITED STATES

Between on or about November 20, 2019 and on or about June 27, 2020, in District of Arizona, Defendants LUIS EDUARDO TERMINEL JR., MICHAEL ADRIAN RODRIGUEZ, FRANCISCO JAVIER BAUTISTA and ███████████ did fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, or object, that is:

- One (1) M+M LLC, model M10 7.62 x 39 caliber rifle, serial number MA-28815-19RO
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7013625
- Two (2) Century Arms International, model RH10, 7.62 x 39 caliber rifles, serial numbers MA-28515-19 and MA-28639-19
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7014329
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7013264
- Two (2) Pioneer Arms Corporation, model Sporter, 7.62 x 39 caliber rifles, serial numbers PAC1126559 and PAC1126825

- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7004938
- Two (2) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistols, serial numbers PAC1130256 and PAC1130275
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7017644
- One (1) Pioneer Arms Corporation, model AK-47 Polish, 7.62 x 39 caliber rifle, serial number PAC1132131
- One (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number A1-73948-20
- One (1) Zastava, model Z-PAP M70, 7.62 x. 39 caliber rifle, serial number Z70-065217
- One (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number A1-74221-20
- One (1) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistol, serial number PAC1134369
- One (1) Pioneer Arms Corporation, model Sporter AK47, 7.62 x 39 caliber rifle, serial number PAC1133676
- One (1) Romarm/Cugir DRACO, model HG1916-N, 7.62 x 39 caliber pistol, serial number DR-0065-10
- One (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A59697
- One (1) Century Arms International model VSKA, 7.62 x 39 caliber rifle, serial number SV7002905
- One (1) Century Arms International, model C39V2 7.62 x 39 caliber rifle, serial number C39V2A54958
- One (1) DC Industries, model NDS-3, 7.62 x 39 caliber rifle, serial number 3007676

1      • One (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial

2      number C39V2A10685

3      • Three (3) 7.62 x 39 caliber magazines

4   which is contrary to the laws and regulations of the United States, to wit:  for offenses

5   prior to March 9, 2020, Title 22, United States Code, Section 2778(b)(2) and (c), and Title

6   22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and, for offenses on or

7   after March 9, 2020, Title 50, United States Code, Section 4819, Title 15, Code of Federal

8   Regulations, Part 774, and Title 15, Code of Federal Regulations, Part 738, and did receive,

9   conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale

10  of such merchandise, article, and object, prior to exportation, knowing the same to be

11  intended for exportation, which is contrary to the laws and regulations of the United States.

12      All in violation of Title 18, United States Code, Section 554.

13  **COUNT 3**

14  **FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

15      On or about November 20, 2019, in the District of Arizona, Defendant MICHAEL

16  ADRIAN RODRIGUEZ, in connection with the acquisition of firearms, that is one (1)

17  M+M LLC, model M10, 7.62 x 39 caliber rifle, serial number MA-28815-19RO and one

18  (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number

19  SV7013625; from Ammo A-Z/Zeus Arms, a licensed dealer of firearms within the meaning

20  of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written

21  statement to Ammo A-Z/Zeus Arms, which statement was intended to deceive Ammo A-

22  Z/Zeus Arms as to a fact material to the lawfulness of such sale of the said firearm to

23  MICHAEL ADRIAN RODRIGUEZ under Chapter 44 of Title 18, in that MICHAEL

24  ADRIAN RODRIGUEZ stated that he was the actual transferee/buyer of said firearm when

25  in fact he was acquiring the firearm on behalf of LUIS EDUARDO TERMINEL JR. and

26  LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and

27  procured such false and fictitious statement.

28

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT 4

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about December 30, 2019, in the District of Arizona, Defendant JAVIER FRANCISCO BAUTISTA, in connection with the acquisition of a firearm, that is one (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7014329; from Second Amendment Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Second Amendment Sports, which statement was intended to deceive Second Amendment Sports as to a fact material to the lawfulness of such sale of the said firearm to JAVIER FRANCISCO BAUTISTA under Chapter 44 of Title 18, in that JAVIER FRANCISCO BAUTISTA stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT 5

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about December 30, 2019, in the District of Arizona, Defendant JAVIER FRANCISCO BAUTISTA, in connection with the acquisition of firearms, that is two (2) Century Arms International, model RH 10, 7.62 x 39 caliber rifles, serial numbers MA-28515-19 and MA-28639-19 from The Hub, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Hub, which statement was intended to deceive The Hub as to a fact material to the lawfulness of such sale of the said firearms to JAVIER FRANCISCO BAUTISTA under Chapter 44 of Title 18, in that JAVIER FRANCISCO BAUTISTA

1   stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring

2   the firearms on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO

3   TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false

4   and fictitious statement.

5        All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and

6   2.

7                                **COUNT 6**

8   **FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

9        On or about January 7, 2020, in the District of Arizona, Defendant MICHAEL

10  ADRIAN RODRIGUEZ, in connection with the acquisition of a firearm, that is one (1)

11  Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number

12  SV7013264 from Second Amendment Sports, a licensed dealer of firearms within the

13  meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious

14  written statement to Second Amendment Sports, which statement was intended to deceive

15  Second Amendment Sports as to a fact material to the lawfulness of such sale of the said

16  firearm to MICHAEL ADRIAN RODRIGUEZ under Chapter 44 of Title 18, in that

17  MICHAEL ADRIAN RODRIGUEZ stated that he was the actual transferee/buyer of said

18  firearm when in fact he was acquiring the firearm on behalf of LUIS EDUARDO

19  TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled,

20  commanded, induced, and procured such false and fictitious statement.

21       All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and

22  2.

23                               **COUNT 7**

24  **FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

25       On or about January 7, 2020, in the District of Arizona, Defendant MICHAEL

26  ADRIAN RODRIGUEZ, in connection with the acquisition of firearms, that is two (2)

27  Pioneer Arms Corporation, model Sporter, 7.62 x 39 caliber rifles, serial numbers

28  PAC1126559 and PAC1126825 from SnG Tactical, a licensed dealer of firearms within

the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to SnG Tactical, which statement was intended to deceive SnG Tactical as to a fact material to the lawfulness of such sale of the said firearms to MICHAEL ADRIAN RODRIGUEZ under Chapter 44 of Title 18, in that MICHAEL ADRIAN RODRIGUEZ stated that he was the actual transferee/buyer of said firearms when in fact he was acquiring the firearms on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

### COUNT 8

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about February 4, 2020, in the District of Arizona, Defendant JAVIER FRANCISCO BAUTISTA, in connection with the acquisition of a firearm, that is one (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7004938 from Ammo A-Z/Zeus Arms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Ammo A-Z/Zeus Arms, which statement was intended to deceive Ammo A-Z/Zeus Arms as to a fact material to the lawfulness of such sale of the said firearm to JAVIER FRANCISCO BAUTISTA under Chapter 44 of Title 18, in that JAVIER FRANCISCO BAUTISTA stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

/ / /

**COUNT 9**

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about February 4, 2020, in the District of Arizona, Defendant JAVIER FRANCISCO BAUTISTA, in connection with the acquisition of firearms, that is two (2) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistols, serial numbers PAC1130256 and PAC1130275 from MLS Arms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to MLS Arms, which statement was intended to deceive MLS Arms as to a fact material to the lawfulness of such sale of the said firearms to JAVIER FRANCISCO BAUTISTA under Chapter 44 of Title 18, in that JAVIER FRANCISCO BAUTISTA stated that he was the actual transferee/buyer of said firearms when in fact he was acquiring the firearms on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 10**

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about February 4, 2020, in the District of Arizona, Defendant JAVIER FRANCISCO BAUTISTA, in connection with the acquisition of a firearm, that is one (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7017644 from Tombstone Tactical LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Tombstone Tactical LLC, which statement was intended to deceive Tombstone Tactical LLC as to a fact material to the lawfulness of such sale of the said firearm to JAVIER FRANCISCO BAUTISTA under Chapter 44 of Title 18, in that JAVIER FRANCISCO BAUTISTA stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of LUIS EDUARDO

1   TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled,
2   commanded, induced, and procured such false and fictitious statement.
3       All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and
4   2.
5                              **COUNT 11**
6   **FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**
7       On or about March 28, 2020, in the District of Arizona, Defendant MICHAEL
8   ADRIAN RODRIGUEZ, in connection with the acquisition of firearms, that is one (1)
9   Pioneer Arms Corporation, model AK-47 Polish, 7.62 x 39 caliber rifle, serial number
10  PAC1132131, one (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial
11  number A1-73948-20 and one (1) Zastava, model Z-PAP M70, 7.62 x. 39 caliber rifle,
12  serial number Z70-065217 from Ammo A-Z/Zeus Arms, a licensed dealer of firearms
13  within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false
14  and fictitious written statement to Ammo A-Z/Zeus Arms, which statement was intended
15  to deceive Ammo A-Z/Zeus Arms as to a fact material to the lawfulness of such sale of the
16  said firearms to MICHAEL ADRIAN RODRIGUEZ under Chapter 44 of Title 18, in that
17  MICHAEL ADRIAN RODRIGUEZ stated that he was the actual transferee/buyer of said
18  firearms when in fact he was acquiring the firearms on behalf of LUIS EDUARDO
19  TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled,
20  commanded, induced, and procured such false and fictitious statement.
21      All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and
22  2.
23                             **COUNT 12**
24  **FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**
25      On or about March 28, 2020, in the District of Arizona, Defendant MICHAEL
26  ADRIAN RODRIGUEZ, in connection with the acquisition of a firearm, that is one (1)
27  Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number A1-74221-20 from
28  Merchant Firearms LLC, a licensed dealer of firearms within the meaning of Chapter 44,

Title 18, United States Code, knowingly made a false and fictitious written statement to Merchant Firearms LLC, which statement was intended to deceive Merchant Firearms LLC as to a fact material to the lawfulness of such sale of the said firearm to MICHAEL ADRIAN RODRIGUEZ under Chapter 44 of Title 18, in that MICHAEL ADRIAN RODRIGUEZ stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT 13

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about May 5, 2020 and on or about May 6, 2020, in the District of Arizona, Defendant JAVIER FRANCISCO BAUTISTA, in connection with the acquisition of firearms, that is one (1) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistol, serial number PAC1134369 and one (1) Pioneer Arms Corporation, model Sporter AK47, 7.62 x 39 caliber rifle, serial number PAC1133676from The Hub, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Hub, which statement was intended to deceive The Hub as to a fact material to the lawfulness of such sale of the said firearms to JAVIER FRANCISCO BAUTISTA under Chapter 44 of Title 18, in that JAVIER FRANCISCO BAUTISTA stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearms on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

///

**COUNT 14**

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about June 18, 2020, in the District of Arizona, Defendant MICHAEL ADRIAN RODRIGUEZ, in connection with the acquisition of a firearm, that is one (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial number C39V2A59697 from SnG Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to SnG Tactical, which statement was intended to deceive SnG Tactical as to a fact material to the lawfulness of such sale of the said firearm to MICHAEL ADRIAN RODRIGUEZ under Chapter 44 of Title 18, in that MICHAEL ADRIAN RODRIGUEZ stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 15**

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about June 19, 2020, in the District of Arizona, Defendant JAVIER FRANCISCO BAUTISTA, in connection with the acquisition of firearms, that is one (1) Century Arms International model VSKA, 7.62 x 39 caliber rifle, serial number SV7002905 and one Century Arms International model C39V2 7.62 x 39 caliber rifle, serial number C39V2A54958 from Second Amendment Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Second Amendment Sports, which statement was intended to deceive Second Amendment Sports as to a fact material to the lawfulness of such sale of the said firearms to JAVIER FRANCISCO BAUTISTA under Chapter 44 of Title 18, in that JAVIER FRANCISCO BAUTISTA stated that he was the actual

transferee/buyer of said firearm when in fact he was acquiring the firearms on behalf of LUIS EDUARDO TERMINEL JR. and LUIS EDUARDO TERMINEL JR. aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Fifteen of the Indictment, Defendants, LUIS EDUARDO TERMINEL JR., MICHAEL ADRIAN RODRIGUEZ, FRANCISCO JAVIER BAUTISTA and ISIDRO AGUILAR NEVAREZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- One (1) M+M LLC, model M10 7.62 x 39 caliber rifle, serial number MA-28815-19RO
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7013625
- Two (2) Century Arms International, model RH10, 7.62 x 39 caliber rifles, serial numbers MA-28515-19 and MA-28639-19
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7014329
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7013264
- Two (2) Pioneer Arms Corporation, model Sporter, 7.62 x 39 caliber rifles, serial numbers PAC1126559 and PAC1126825
- One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial number SV7004938
- Two (2) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistols, serial numbers PAC1130256 and PAC1130275

1   • One (1) Century Arms International, model VSKA, 7.62 x 39 caliber rifle, serial
2   number SV7017644
3   • One (1) Pioneer Arms Corporation, model AK-47 Polish, 7.62 x 39 caliber rifle,
4   serial number PAC1132131
5   • One (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number
6   A1-73948-20
7   • One (1) Zastava, model Z-PAP M70, 7.62 x. 39 caliber rifle, serial number Z70-
8   065217
9   • One (1) Romarm/Cugir, model WASR-10, 7.62 x 39 caliber rifle, serial number
10  A1-74221-20
11  • One (1) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 caliber pistol, serial
12  number PAC1134369
13  • One (1) Pioneer Arms Corporation, model Sporter AK47, 7.62 x 39 caliber rifle,
14  serial number PAC1133676
15  • One (1) Romarm/Cugir DRACO, model HG1916-N, 7.62 x 39 caliber pistol, serial
16  number DR-0065-10
17  • One (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial
18  number C39V2A59697
19  • One (1) Century Arms International model VSKA, 7.62 x 39 caliber rifle, serial
20  number SV7002905
21  • One (1) Century Arms International, model C39V2 7.62 x 39 caliber rifle, serial
22  number C39V2A54958
23  • One (1) DC Industries, model NDS-3, 7.62 x 39 caliber rifle, serial number
24  3007676
25  • One (1) Century Arms International, model C39V2, 7.62 x 39 caliber rifle, serial
26  number C39V2A10685
27  • Three (3) 7.62 x 39 caliber magazines
28

1         If any of the property described above, as a result of any act or omission of the

2    defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred

3    or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

4    the court; d) has been substantially diminished in value; or e) has been commingled with

5    other property which cannot be divided without difficulty, it is the intent of the United

6    States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

7    28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

8    defendants up to the value of the above forfeitable property, including, but not limited to,

9    all property, both real and personal, owned by the defendant(s).

10        All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States

11   Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

12

13                          A TRUE BILL

14

15                          s/
                            FOREPERSON OF THE GRAND JURY

16                          Date: April 28, 2021

17                                 **REDACTED FOR
                                   PUBLIC DISCLOSURE**

18   GLENN B. McCORMICK
     Acting United States Attorney
19   District of Arizona

20   s/

21   ERICA L. SEGER
     Assistant U.S. Attorney
22

23

24

25

26

27

28

*United States of America v. Terminel, et al*
*Indictment Page 21 of 21*